# RICHARD L. SULLIVAN
ATTORNEY AT LAW

June 27, 2024

<u>VIA ACMS</u>

Catherine O'Hagan Wolfe, Clerk of Court
Second Circuit Court of Appeals
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: <u>In re: Search Warrant Dated November 3, 2021,</u> Docket No. 24-192

Dear Ms. Wolfe,

    I represent Spencer Meads, Petitioner-Appellant in this matter. I submit this letter to call the Court's attention to a factual inaccuracy contained in the Reply brief filed by Petitioner-Appellant on June 24, 2024. That brief was authored solely by the undersigned.

    In an email exchange with counsel for the Government on June 26, 2024, the Government pointed out that the Reply brief contains a factual inaccuracy, in that the Reply brief argues that the District Court entirely ignored, and did not address at all, the Petitioners' objection to the Special Master's report that there were confidential sources other than Harris and Kurlander.

    As the Government pointed out to the undersigned in an email, the District Court did in fact address this objection. This error belongs entirely to the undersigned. In discussing with counsel for the Government how best to remedy this error, I proposed submitting a motion to file a corrected Reply. However, oral argument on this matter is scheduled for tomorrow, June 28, 2024. Accordingly, I detail below the changes which I believe should be made to the Reply brief, and I respectfully ask the Clerk to distribute this letter to Judges Bianco, Pérez, and Merriam, so the Court is aware of these issues prior to oral argument.

    I believe the Reply brief should contain the following changes:

- **Page 23**: The text which currently reads "In reviewing the specific objections to the Special Master's Report, the assertion that there were other confidential sources besides Harris and Kurlander should have caught the District Court's eye. On a proper <u>de novo</u> review, the District Court would have at least

6558 4th Section Rd., # 195             Tel: (307) 250-2462
Brockport, NY 14220                      Fax: (716) 810-1785
<u>richardlsullivan@msn.com</u>

noticed this argument, and answered it in some way" should be changed to "In reviewing the specific objections to the Special Master's Report, the District Court should have focused to a greater degree than it did on the assertion that there were other confidential sources besides Harris and Kurlander. On a proper de novo review, the District Court would have addressed this argument more fully, and to the extent the confidential nature of the other sources was not self-evident and proof was required, such proof should have been called for by the District Court";

- **Page 9-10**: The text which currently reads "And, the Petitioners made the argument to the Special Master that the seized materials contained material that was confidential because it concerned sources other than Harris and Kurlander. The Special Master entirely ignored this argument; the Petitioners repeated it to the District Court" should be changed to: "And, the Petitioners made the argument to the Special Master that the seized materials contained material that was confidential because it concerned sources other than Harris and Kurlander, and repeated this argument to the District Court";

- **Page 10**: The text which currently reads: "The District Court gave no indication that it considered this specific objection. It is respectfully submitted that here, where the District Court adopted verbatim" should be replaced with the following text: "The District Court dismissed Petitioners' arguments as mere speculation. It is respectfully submitted that Petitioners met their burden, and that if the District Court required further proof that the other sources were in fact confidential, such proof could have been provided to the court. And finally, here, where the District Court adopted verbatim"

I have consulted with counsel for the Government, and counsel does not object to the submission of this letter in lieu of a motion to file a corrected Reply brief, in light of the imminence of the oral argument.

Very truly yours,

_____/S/_____
Richard L. Sullivan